IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARIE SHUMAKER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 3:13-cv-308-JAG |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on January 30, 2014 (ECF No. 12). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED.

(3) Defendant's Motion to Dismiss (ECF No. 11) is GRANTED.

(4) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 2/20/14

/s/ _____
John A. Gibney, Jr.
United States District Judge